# UNITED STATES DISTRICT COURT

SOUTHERN                DISTRICT OF                CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
   v.

PEDRO ANTONIO PARRA-MONTANIEZ,
        Defendant.

**APPEARANCE**

Case Number:  08MJ0540

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    PEDRO ANTONIO PARRA-MONTANIEZ

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/27/2008 | /s/ FRANK M. MANGAN |
| Date | Signature |
| | Frank M. Mangan / Federal Defenders of SD    057689 |
| | Print Name                         Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City        State        Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number                    Fax Number |

## CERTIFICATE OF SERVICE

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 27, 2008                    */s/ Frank M. Mangan*
                                                            FRANK M. MANGAN
                                                            Federal Defenders of San Diego, Inc.
                                                            225 Broadway, Suite 900
                                                            San Diego, CA 92101-5030
                                                            (619) 234-8467 (tel)
                                                            (619) 687-2666 (fax)
                                                            e-mail: Frank_Mangan@fd.org