UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal Case No. 08CR871-WQH |
| Plaintiff,  ) | I N F O R M A T I O N |
| v.  ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute (Felony) |
| PEDRO ANTONIO PARRA-MONTANIEZ,  ) | |
| Defendant.  ) | |

The United States Attorney charges:

On or about February 24, 2008, within the Southern District of California, defendant PEDRO ANTONIO PARRA-MONTANIEZ, did knowingly and intentionally possess, with intent to distribute, 100 kilograms or more, to wit: approximately 348.18 kilograms (767.61 pounds) of Marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 25, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:mg:San Diego
3/5/08